UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David Willis Mugimu

   v.                                                                                               Case No. 24-cv-21-SE-AJ

US Immigration and Customs Enforcement

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone issued March 28, 2024. For the reasons explained therein, the petitioner's request for class certification is DENIED, without prejudice.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Samantha D. Elliott
United States District Judge

Date: May 15, 2024

cc:    David Willis Mugimu, pro se
       Counsel of Record