UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Davis Willis Mugimu

    v.                       Case No. 24-cv-21-SE-AJ

US Immigration and Customs Enforcement, et al

ORDER

    No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 1, 2024.  For the reasons explained therein, the respondent's motion to dismiss (Doc. No. 7) is granted. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The clerk shall issue judgment and close this case.

                                                  _____
                                                  Samantha D. Elliott
                                                  United States District Judge

Date: September 25, 2024

cc:   Davis Willis Mugimu, pro se
       Counsel of Record